UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROMERO GENERAL CONSTRUCTION, et al.,<br><br>    Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 22.) In light of the parties' intended mediation in the next 90 days, the case management conference scheduled for May 1, 2014 is VACATED. Should the parties' efforts at informal resolution fail, they shall appear for an initial case management conference on August 7, 2014 at 1:30 p.m. and shall submit a new joint case management conference statement.

**IT IS SO ORDERED.**

Dated: April 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge