United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br>    Plaintiffs,<br>        v.<br>ROMERO GENERAL CONSTRUCTION, et al.,<br>    Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER TO DEFENDANTS TO RESPOND TO PLAINTIFFS' PROPOSED BRIEFING SCHEDULE** |

Now pending before the Court is Plaintiffs' proposed briefing schedule for the parties' cross-motions for summary judgment. (Dkt. No. 30.) If Defendants do not stipulate to Plaintiffs' proposed schedule, by no later than noon on **Wednesday, August 20, 2014**, Defendants shall file a response to Plaintiffs' schedule and explain why it should not be adopted.

**IT IS SO ORDERED.**

Dated: August 18, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge