UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br>　　　　　Plaintiffs,<br>　　　v.<br>ROMERO GENERAL CONSTRUCTION, et al.,<br>　　　　　Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 30 |

Now pending before the Court is the parties' dispute regarding the schedule for summary judgment briefing. Plaintiffs intend to move for summary judgment and they assert that Defendants, if they are also going to move for summary judgment, must file a cross-motion simultaneous with Plaintiffs' motion. Defendants, however, represent that they are unsure if they need to file such a motion; not until they see Plaintiffs' motion will they know whether a cross-motion is worthwhile. Given that Plaintiffs' proposal may pressure Defendants to file an unnecessary motion, the Court adopts Defendants' counterproposal. The Court accordingly sets the following briefing schedule:

| | |
|---|---|
| Plaintiffs' motion for summary judgment due by: | Nov. 3, 2014 |
| Defendants' opposition, cross-motion, or both due by: | Nov. 17, 2014 |
| Plaintiffs' reply in support of motion, and opposition to cross-motion due by: | Dec. 1, 2014 |
| Defendants' reply in support of cross-motion due by: | Dec. 8, 2014 |
| Hearing on motions: | Dec. 18, 2014 at 9:00 a.m. |

//

//

1    **IT IS SO ORDERED.**

2    Dated: August 21, 2014

3    _____
     JACQUELINE SCOTT CORLEY
4    United States Magistrate Judge