UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROMERO GENERAL CONSTRUCTION, et al.,<br><br>        Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER CLOSING CASE AND RETAINING JURISDICTION** |

The Court is in receipt of Plaintiffs' Notice of Settlement. Pursuant to the Notice, the case shall be closed; however, the Court shall maintain jurisdiction to enforce the settlement.

**IT IS SO ORDERED**.

Dated: Nov. 5, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge