UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROMERO GENERAL CONSTRUCTION, et al.,<br><br>            Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 37 |

The Court closed this ERISA case upon receipt of the Plaintiffs' Notice of Settlement but maintained jurisdiction to enforce the settlement. The parties' settlement was a Stipulation for Entry of Judgment ("Stipulation"), in which the parties agreed that if Defendants fail to make payments required under the Stipulation or otherwise default on the obligations set forth therein, then fail to cure after notice is provided, then Plaintiffs may file the Stipulation along with a declaration as to the amount due, which shall be sufficient to have judgment entered against Defendants. (Dkt. No. 37-1 ¶ 10(b).) Plaintiffs have filed such declaration seeking entry of judgment against Defendants due to Defendants' failure to submit the seventh payment pursuant to the Stipulation. (Dkt. No. 37.) Accordingly, Defendants are hereby ORDERED TO SHOW CAUSE by **June 24, 2015**, why judgment should not be entered against them in the amount set forth in the declaration.

**IT IS SO ORDERED.**

Dated: June 10, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge