UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROMERO GENERAL CONSTRUCTION, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-05647-JSC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 37, 40 |

The Court closed this ERISA case upon receipt of the Plaintiffs' Notice of Settlement but maintained jurisdiction to enforce the settlement, which was a Stipulation for Entry of Judgment ("Stipulation"). Now pending before the Court is Plaintiffs' request for entry of judgment against Defendants for failure to make payments required under the Stipulation. (Dkt. No. 37.) Defendants have filed a response to the Court's Order to show cause why judgment should not be entered against them in the amount that Plaintiffs seek. (Dkt. Nos. 39, 40.) It is hereby ORDERED that Plaintiffs shall respond to Defendants' show cause response by **July 13, 2015**.

**IT IS SO ORDERED.**

Dated: July 6, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge